FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG -4 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01527-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JULIE LYNN PONDER, #109524,

    Plaintiff,

v.

CAPTAIN GARY LITTLE,
WARDEN WALLACE,
WARDEN JEAN SHOEMAKER,
INVESTIGATOR SGT. SMALL,
INVESTIGATOR AL HOLTZ,
HOUSING LT. NAPLES,
HOUSING SGT. CROSLEY,
CASE MANAGER MR. MILLER,
CASE MANAGER MR. DePRIEST,
CASE MANAGER MRS. AHLIN,
DR. FLACK (Mental Health),
MS. ESTRADA (Mental Halth [sic]),
DR. JONES (Mental Health),
CO GORTNER (Housing),
SGT. KATZENBURG (Yard / Security), and
WARDEN NEVA BUTTERFIELD,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a Supporting Financial Affidavit, a Prisoner Complaint, a Motion for the Appointment of Counsel, a Motion for Restraining Order, and an Order for Waiver of Filing Fee (New Case). The court has determined that the documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is not certified by a prison official.)
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 3d day of August, 2006.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01527**-BNB

Julie L. Ponder
Reg. No. 109524
DWCF
P.O. Box 392005
Denver, CO 80239

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 8-4-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk