**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG -4 2006

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _06- CV - 01527-BNB_

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

JULIE LYNN PONDER, #109524,

      Plaintiff,

v.

CAPTAIN GARY LITTLE,
WARDEN WALLACE,
WARDEN JEAN SHOEMAKER,
INVESTIGATOR SGT. SMALL,
INVESTIGATOR AL HOLTZ,
HOUSING LT. NAPLES,
HOUSING SGT. CROSLEY,
CASE MANAGER MR. MILLER,
CASE MANAGER MR. DePRIEST,
CASE MANAGER MRS. AHLIN,
DR. FLACK (Mental Health),
MS. ESTRADA (Mental Halth [sic]),
DR. JONES (Mental Health),
CO GORTNER (Housing),
SGT. KATZENBURG (Yard / Security), and
WARDEN NEVA BUTTERFIELD,

      Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

    Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, a Supporting Financial Affidavit, a Prisoner Complaint, a

Motion for the Appointment of Counsel, a Motion for Restraining Order, and an Order

for Waiver of Filing Fee (New Case).  The court has determined that the documents are

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Plaintiff will be directed to cure the

following if she wishes to pursue her claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | __ | is missing affidavit |
| (3) | X | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is not certified by a prison official.) |
| (4) | __ | is missing required financial information |
| (5) | __ | is missing an original signature by the prisoner |
| (6) | __ | is not on proper form (must use the court's current form) |
| (7) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | __ | other _____ |

**Complaint, Petition or Application**:
| | | |
|---|---|---|
| (10) | __ | is not submitted |
| (11) | X | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the prisoner |
| (13) | __ | is missing page nos. ___ |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __3ᵈ__ day of __August_____, 2006.

BY THE COURT:


_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   06 - CV - 01527 -*BNB*

Julie L. Ponder
Reg. No. 109524
DWCF
P.O. Box 392005
Denver, CO 80239


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _8-4-06_


GREGORY C. LANGHAM, CLERK


By:_____
Deputy Clerk